UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No. 3:11-CR-159-02 |
| v. ) | Sr. Judge Nixon |
| ) | |
| ) | **CASE ORDERED SEALED** |
| ) | |
| JESSICA MONICA SCOTT ) | |

## ORDER

Pending before the Court is a Petition for Action on Conditions of Pretrial Release. Docket Entry 42. Defendant Jessica Scott's Special Conditions of release include that

> Defendant shall participate in any substance abuse counseling or treatment as directed; treatment may be on an out-patient basis or an in-patient basis; any in-patient treatment may be followed by up to 90 days in a half-way house.

Release Order and Conditions of Release of June 10, 2011.

In light of the information identified in the Petition, the parties and the Court agree that Defendant Scott would benefit from participating in an in-patient treatment program to address controlled substance abuse. Counsel for Ms. Scott has represented to the Court that Buffalo Valley is amenable to admitting Ms. Scott for in-patient treatment. Further, Ms. Scott has already participated in the prescreening process for admission to Buffalo Valley, and upon verification of her TennCare coverage, space is available for her beginning August 6, 2012.

Accordingly, the Court orders that Defendant Jessica Scott participate in the 28 day in-patient treatment program at Buffalo Valley Inc., 501 Park Avenue South, Hohenwald, Tennessee 38462. Ms. Scott shall begin her in-patient treatment at Buffalo Valley on August 6, 2012, and will coordinate with Buffalo Valley concerning her transportation to that facility. If

deemed appropriate by the staff of Buffalo Valley, Ms. Scott will participate in the Co-occurring Treatment program while she is admitted there.

Upon completion of the Buffalo Valley in-patient treatment, Ms. Scott's pretrial supervision and conditions of release shall apply unless otherwise modified by applicable court order. Ms. Scott will comply with follow-on treatment recommendations after she has completed the Buffalo Valley in-patient program. When Ms. Scott leaves the facility, including if prior to the program's completion, Ms. Scott shall notify the U.S. Probation Office immediately, and she will continue to be subject to the conditions of her pretrial release, unless ordered otherwise.

It is so ORDERED.

ENTERED this 2nd day of August 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT