# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:11-cr-159-2 |
| | ) | Judge Trauger |
| JESSICA MARIE SCOTT | ) | |

## ORDER

A hearing was held on May 18, 2017 on the Superseding Petition to Revoke Supervision (Docket No. 118). The parties announced an agreed disposition that is acceptable to the court.

The defendant pled guilty to Violation No. 1, and the court finds that violation established. It is hereby ORDERED that, as an additional condition of her supervised release, the defendant shall complete 20 hours of community service work that is approved by the Probation Office by September 1, 2017.

It is so **ORDERED**.

ENTER this 18th day of May 2017.

_____
ALETA A. TRAUGER
U.S. District Judge

1